```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICAH JAMES GODFREY
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  UNITED STATES OF AMERICA,    ) Case No. 2:10-cr-0117 FCD
                                 )
14              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                 ) CASE
15       v.                      )
                                 ) Date:  April 12, 2010
16  MICAH JAMES GODFREY,         ) Time:  9:00 a.m.
                                 ) Judge: Frank C. Damrell, Jr.
17              Defendant.       )
                                 )
18  _____)

19
```

20   IT IS HEREBY STIPULATED and agreed to between the United States of
21 America through Richard Bender, Assistant United States Attorney, and
22 MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS,
23 Assistant Federal Defender, that the status conference in the above
24 captioned case be continued from April 12, 2010 to May 17, 2010, at 10:00
25 a.m.. This continuance is sought to permit defense counsel to retain a
26 psychologist to evaluate Mr. Godfrey as an aid to counsel in planning
27 defense preparation.
28   IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act

1  be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
2  from April 12, 2010 through May 17, 2010.
3      IT IS SO STIPULATED.
4  Dated: April 9, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
MICAH JAMES GODFREY

Dated: April 9, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Richard Bender 
Richard Bender
Assistant U.S. Attorney

## O R D E R

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until April 12, 2010, at 10:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between April 12, 2010, and May 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: April 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-