```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICAH JAMES GODFREY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-0117 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING CASE |
| v. | ) |
| | ) Date:  May 17, 2010 |
| MICAH JAMES GODFREY, | ) Time:  10:00 a.m. |
| | ) Judge: Frank C. Damrell, Jr. |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED and agreed to between the United States of America through Richard Bender, Assistant United States Attorney, and MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from May 17, 2010 to June 28, 2010, at 10:00 a.m.. This continuance is sought to permit defense counsel to obtain a psychological evaluation of Mr. Godfrey as an aid to counsel in planning defense preparation.

    IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act

1  be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
2  from May 12, 2010 through June 28, 2010.
3      IT IS SO STIPULATED.
4  Dated: May 9, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
MICAH JAMES GODFREY

Dated: May 9, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Richard Bender
Richard Bender
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 28, 2010, at 10:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between May 12, 2010, and June 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: May 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE