```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICAH JAMES GODFREY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-0117 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) |
| MICAH JAMES GODFREY, | ) Date: June 28, 2010 ) Time: 10:00 a.m. ) Judge: Frank C. Damrell, Jr. |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED and agreed to between the United States of America through Richard Bender, Assistant United States Attorney, and MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from June 28, 2010 to July 19, 2010. This continuance is sought to permit defense counsel to evaluate possible mental health issues, possible pretrial motions, and other defense preparation.

    IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act

be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, from June 28, 2010 through July 19, 2010.

   IT IS SO STIPULATED.

Dated: June 25, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
MICAH JAMES GODFREY

Dated: June 25, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Richard Bender
Richard Bender
Assistant U.S. Attorney

# O R D E R

   The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until July 19, 2010, at 10:00 a.m. on this court's regular criminal calendar.

   Time for Trial under the Speedy Trial Act is excluded between June 28, 2010, and July 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

   IT IS SO ORDERED.

Dated: June 25, 2010

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE