1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICAH JAMES GODFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-0117 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) |
| | ) Date: June 28, 2010 |
| MICAH JAMES GODFREY, | ) Time: 10:00 a.m. |
| | ) Judge: Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed to between the United States of America through Richard Bender, Assistant United States Attorney, and MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case now set for July 19, 2010, be vacated and the following motions schedule be adopted.

Defense Motions to be filed by                           August 30, 2010

Status Conference (if no defense motions filed)          September 7, 2010

Government Opposition                                    September 20, 2010

Defense Optional Reply                                   October 4, 2010

Non-evidentiary Hearing and Evidentiary

| | |
|---|---|
| 1    Hearing Setting (if needed) | October 18[1], 2010 |
| 2    Trial Confirmation Hearing[2] | **November 8, 2010** |
| 3    Jury Trial | **November 30, 2010** |

IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, from July 19, 2010 through October 18, 2010, and pursuant to 18 U.S.C. § 3161(h)(1)(F), Local Code E (pending pre-trial motions), from the date motions are filed through October 18, 2010, or such later date, if any, upon which the court rules on the motions.

IT IS SO STIPULATED.

Dated: July 15, 2010

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ JEFFREY L. STANIELS
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MICAH JAMES GODFREY

Dated: July 15, 2010

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Richard Bender
                                       Richard Bender
                                       Assistant U.S. Attorney
                                       Attorneys for Plaintiff

---

[1]October 18 is agreed to at government counsel's request. Defense counsel is currently scheduled to be in trial commencing on October 4, 2010, and continuing through October 18. Defense counsel will seek scheduling accommodation from Judge England, assuming that trial occurs as presently expected.

[2] Subject to the court's availability and assuming non-trial disposition is not agreed to following the decision on pre-trial motions.

Godfrey Stip/Order                    -2-

**O R D E R**

The foregoing stipulation of counsel is accepted. The status conference currently set for July 19, 2010 is hereby VACATED. The above motions briefing schedule is APPROVED. This matter is ordered to be calendared for non-evidentiary hearing on October 18, 2010, at 10:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, between July 19, 2010, and October 18, 2010, and pursuant to 18 U.S.C. § 3161 (h)(1)(F), Local code E, from the filing of motions until October 18, 2010, or as otherwise ordered by the court upon its prompt determination of such motions.

IT IS SO ORDERED.

Dated: July 19, 20

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE