DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICAH JAMES GODFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-0117 FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING CASE |
| v. | ) |
| MICAH JAMES GODFREY, | ) Date: September 7, 2010 </br> ) Time: 10:00 a.m. </br> ) Judge: Frank C. Damrell, Jr. |
| Defendant. | ) |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through Richard Bender, Assistant United States Attorney, and MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that, given that motions in the above case have been filed, the status conference in the above captioned case now set for September 7, 2010, be vacated, and that the previously established briefing schedule, the hearing previously set for October 18, 2010, and the previously ordered exclusion of time remain in effect as previously ordered.

   IT IS SO STIPULATED.

Dated: September 3, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
MICAH JAMES GODFREY

Dated: September 3, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Richard Bender
Richard Bender
Assistant U.S. Attorney
Attorneys for Plaintiff

**O R D E R**

The foregoing stipulation of counsel is accepted. The status conference currently set for September 7, 2010 is hereby VACATED. The previously approved briefing schedule, hearing date of October 18, 2010 and exclusion of time through October 18, 2010 remain in effect.

IT IS SO ORDERED.

Dated: September 3, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE