```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MICAH JAMES GODFREY
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) Case No. 2:10-cr-00117 KJM
                                  )
14              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) CASE
15       v.                       )
                                  ) Date:  February 10, 2011
16  MICAH JAMES GODFREY,          ) Time:  10:00 a.m.
                                  ) Judge: Kimberly J. Mueller
17              Defendant.        )
                                  )
18  _____  )
```

19    IT IS HEREBY STIPULATED and agreed to between the United States of
20 America through Michelle Prince, Assistant United States Attorney, and
21 MICAH JAMES GODFREY, by and through his counsel, JEFFREY L. STANIELS,
22 Assistant Federal Defender, that the sentencing hearing in the above
23 captioned case now set for February 10, 2011, be vacated and continued
24 until April 7, 2011, in order to permit further consultation by defense
25 counsel with Mr. Godfrey concerning sentencing related issues, and to
26 complete any further submissions to the probation officer.
27    IT IS ALSO STIPULATED that the following revised disclosure schedule
28 be adopted:

1 | Draft Presentence Report | February 22, 2011
2 | Informal Objections | March 7, 2011
3 | Final Presentence Report | March 14, 2011
4 | Motion to Correct Presentence Report | March 21, 2011
5 | Oppositions to Motion to Correct | March 28, 2011
6 | Hearing on Objections/Judgment and Sentencing | April 7, 2011

7   IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act
8 is not pertinent to this post-conviction, pre-sentencing phase of
9 proceedings, and time need not be excluded.

10   IT IS SO STIPULATED.

Dated: February 1, 2011
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICAH JAMES GODFREY

Dated: February 1, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/ Michelle Prince
                                        Michelle Prince
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The foregoing stipulation of counsel is approved as modified. The sentencing proceeding currently set for February 10, 2011 is hereby VACATED and RESET for April 7, 2011 at 10:00 AM. The schedule of disclosure is modified as follows:

| | |
|---|---|
| Draft Presentence Report | February 24, 2011 |
| Informal Objections | March 10, 2011 |
| Final Presentence Report | March 17, 2011 |
| Motion to Correct Presentence Report | March 24, 2011 |
| Oppositions to Motion to Correct | March 31, 2011 |
| Hearing on Objections/Judgment and Sentencing | April 7, 2011 |

Dated: February 4, 2011.

_____
UNITED STATES DISTRICT JUDGE