```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )    2:10-CR-00117 KJM
11                                )
              Plaintiff,          )    PRELIMINARY ORDER OF
12                                )    FORFEITURE
         v.                       )
13                                )
    MICAH JAMES GODFREY,          )
14                                )
              Defendant.          )
15  _____)
```

16    Based upon the stipulation for preliminary order of
17 forfeiture entered into between plaintiff United States of
18 America and defendant Micah James Godfrey, it is hereby ORDERED,
19 ADJUDGED AND DECREED as follows:
20    1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
21 2461(c), defendant Micah James Godfrey's interest in the
22 following property shall be condemned and forfeited to the United
23 States of America, to be disposed of according to law:
24         a)  Winchester Model 06, .22 caliber rifle, serial
               number 816621.
25
26    2.  The above-listed property is a firearm that was involved
27 or used in the knowing commission of a violation of 18 U.S.C. §
28 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

4. a. 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

///

2

1 | Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28
2 | U.S.C. § 2461(c), in which all interests will be addressed.
3 |     SO ORDERED this 13th day of April, 2011.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```