BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00117 KJM |
| Plaintiff, | ) | STIPULATION FOR FINAL ORDER OF |
| | ) | FORFEITURE AND ORDER THEREON |
| v. | ) | |
| MICAH JAMES GODFREY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Cynthia Godfrey (hereafter "petitioner"), to compromise and settle her interest in the following property (hereafter "firearm"), and to consent to the entry of a Final Order of Forfeiture as to the following asset pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c):

Winchester Model 06, .22 caliber rifle, serial number 816621.

This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the following terms:

1.  On November 15, 2010, Micah James Godfrey entered into a plea agreement in which he pleaded guilty to Count Three of the

1

Indictment, which charges Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).  The Court entered a Preliminary Order of Forfeiture on April 13, 2011.  Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Cynthia Godfrey by certified mail on April 13, 2011, and published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov beginning on April 14, 2011.  Cynthia Godfrey filed a verified petition on June 8, 2011, claiming an interest in the firearm.  No other persons or entities have come forward and the time for maintaining a claim has expired.

2.  The parties hereby stipulate that Cynthia Godfrey has an interest in the firearm.  Cynthia Godfrey has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Cynthia Godfrey's interest because such interest was vested in her rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm.  *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)).  The parties further stipulate, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Micah James Godfrey has in the firearm.

3.  Petitioner understands and agrees that the firearm held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), will not be released to petitioner until the "Law Enforcement Gun Release Application" is executed by petitioner and filed with the California Department of Justice Bureau of Firearms and any necessary fees are paid.  ATF will release the firearm to petitioner

within thirty (30) days of receipt of notification from the California Department of Justice Bureau of Firearms that the application has been received and all fees have been paid in full.

4.   Petitioner understands and agrees that it is illegal for Micah James Godfrey under 18 U.S.C. § 922(g)(1) to possess, including constructive possession, any firearm or ammunition and that is illegal for Cynthia Godfrey under 18 U.S.C. § 922(d)(1) to sell or otherwise dispose of any firearm or ammunition to Micah James Godfrey to permit Micah James Godfrey to possess the firearm, including constructively, and could put Cynthia Godfrey in violation of 18 U.S.C. § 922(g)(1) as an aider and abettor of Micah James Godfrey's illegal possession.

5.   Petitioner understands and agrees that the United States reserves the right to void the stipulation if, before the return of the firearm, the U.S. Attorney obtains new information indicating that the petitioner is not "innocent owner" pursuant to the applicable forfeiture statute.  A discretionary termination of forfeiture shall not be a basis for any award of fees.

///
///
///
///
///
///
///
///
///
///

6.   The court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Dated: 9/20/11                    BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Michelle A. Prince
                                  MICHELLE A. PRINCE
                                  Assistant U.S. Attorney


Dated: 9/4/11                      /s/ Cynthia Godfrey
                                  CYNTHIA GODFREY
                                  Petitioner


Dated: 9/1/2011                    /s/ Herman Franck
                                  HERMAN FRANCK
                                  Attorney for Petitioner
                                  Cynthia Godfrey

                                  (Original signatures retained by
                                  attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Dated:  September 21, 2011.


                                  _____
                                  UNITED STATES DISTRICT JUDGE